(January 24, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM SILVERBLATT, Appellant.— Judgment, Supreme Court, New York County, rendered on May 22, 1973, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, for proceedings to direct defendant

to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). No opinion. Concur — McGivern, P. J., Kupferman, Steuer, Tilzer and Capozzoli, JJ.